IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00528-WDM-OES

LADONNA JEANNIE DIXON,

    Plaintiff,

v.

UNIVERSITY OF COLORADO through THE REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

---

**ORDER OF RECUSAL**

---

    Not having received waivers pursuant to my Notice Concerning Waiver of Judicial Disqualification, pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter for the reasons stated in the notice and directs that this case be returned to the Clerk for reassignment by random draw.

    DATED at Denver, Colorado, on August 4, 2005.

                                       BY THE COURT:

                                       /s/ Walker D. Miller
                                       United States District Judge

PDF FINAL