IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00528-RPM

LADONNA JEANNIE DIXON,

       Plaintiff,

v.

UNIVERSITY OF COLORADO, through
THE REGENTS OF THE UNIVERSITY OF COLORADO,

       Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Motion for Dismissal with Prejudice (Doc. #12), filed on October 18, 2006, it is.

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated: October 19, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge